IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-357-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 153]** |
| MICHAEL BRANDON MOYE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 153 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, __14__ day of October, 2020.

_____
JAMES C. DEVER III
United States District Judge